| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Andrew D. Kehagiaras (#207767)<br>adk@tradeandcargo.com<br>Roberts & Kehagiaras LLP<br>One World Trade Center, Suite 2350<br>Long Beach, CA  90831<br><br>ATTORNEY(S) FOR:  defendant Access World (USA) LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXA GULF (B.S.C.) and EGA AMERICA INC.,<br>Plaintiff(s),<br>v.<br>ACCESS WORLD (USA) LLC,<br>Defendant(s) | CASE NUMBER:<br>2:21-cv-02795-SVW-ADS<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        defendant Access World (USA) LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Glencore USA LLC | 1. Sole member of Access World (USA) LLC |
| 2. Glencore Ltd. | 2. Sole member of Glencore USA LLC |
| 3. Glencore PLC | 3. Parent company and publicly held entity. |

| | |
|---|---|
| June 25, 2021<br>Date | /s/ Andrew D. Kehagiaras<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Access World (USA) LLC